**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No.: 8:26-MJ-3344-LSG
2:26-mj-6499-DUTY

THOMAS WAYNE MARKLE,

Defendant.
____________________________________/

# ORDER

The defendant's initial appearance occurred today. During that proceeding, I observed the defendant and conferred with Pretrial Services, as well as counsel for the parties. Based on the information provided about the defendant's health condition, as well as the defendant's advanced age and lack of recall, I find reasonable cause to believe that the defendant may presently suffer from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Therefore, I appoint Dr. Amie Gerodimos to conduct an independent psychiatric examination. Counsel for the defendant must collect all available mental health records and promptly provide them to Dr. Gerodimos for use during the evaluation.

Dr. Gerodimos must complete the examination and compile a report that includes:

1) The defendant's history and present symptoms;

2) A description of the psychiatric, psychological, and medical tests that were employed and their results;

3) The examiner's findings; and

4) The examiner's opinion as to diagnosis, prognosis, and whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

18 U.S.C. § 4247(c). Dr. Gerodimos must no later than **November 20, 2026**, file the report with this Court, and provide copies to Assistant United States Attorney Courtney Derry, 400 North Tampa Street, Suite 3200, Tampa, Florida, 33602, courtney.derry@usdoj.gov; and defense counsel Mary Claire Wolf, 400 North Tampa Street, Suite 2700, Tampa, Florida, 33602, maryclaire_wolf@fd.org. On receiving the report, I will schedule a hearing. 18 U.S.C. § 4241. Dr. Gerodimos must bill the United States Attorney's Office, 400 N. Tampa Street, Suite 3200, Tampa, Florida 33602, directly for all services rendered in accord with this order.

**ORDERED** in Tampa, Florida, on this 6th day of November, 2026.

LINDSAY S. GRIFFIN
United States Magistrate Judge