UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

The Honorable Lindsay S. Griffin
Courtroom 12A

United States of America v. Thomas Wayne Markle
8:26-mj-3344-LSG

| | |
|---|---|
| **Date**: November 10, 2026 | **Court Reporter**: **Digital** |
| | **Interpreter**: N/A |
| **Time**: 2:28 PM–2:41 PM<br>**Total**: 13 min | **Deputy Clerk**: Amanda Craig |
| | **Pretrial Services:** Anthony Zarate |
| **Government Counsel** | **Defense Counsel** |
| Courtney Derry AUSA | Mary Claire Wolf AFPD |

Bond Revocation Hearing

Defendant present with counsel.
Arrest Date: 11/10/2026.
Defendant provided a copy of the Petition.
Defendant advised of rights and charges.
Defendant denies the violations.
Court finds that Defendant violated conditions of release.
Government moves for detention. Government requests the Defendant be removed from the Middle District of Florida and transferred to Central District of California.
Court takes the request under advisement.
Defendant moves for pretrial release/opposes the Government's motion for detention but has not found a suitable alternative as to where Mr. Markle could reside on Pretrial Release.
Court revokes its order of release and orders Defendant detained pending further proceedings in this case. Should defense find suitable conditions the matter of bond could be reconsidered.
Order of detention to be entered.
Court to extend the deadline to allow Dr. Gerodimos more time to conduct the competency evaluation.

Defense counsel requests a medical order as to Mr. Markle.
Court to enter an Order.
Defendant remanded to custody of USMS.
Court in recess.