**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No.: 8:26-mj-3344-LSG
2:26-mj-6499-DUTY

THOMAS WAYNE MARKLE,

Defendant.
_____________________________________/

**ORDER REVOKING PRETRIAL RELEASE**

On November 10, 2026, a supervising Pretrial Services Officer petitioned for a show cause hearing under 18 U.S.C. § 3148 based on the defendant's violating a condition of his pretrial release by tampering with and removing his ankle monitor. Doc. 14. A show cause hearing occurred, during which the parties discussed the violation, as well as the defendant's housing situation, which had become untenable. At the conclusion of that hearing, I found that the defendant violated the conditions of his pretrial release and that, based on the lack of suitable housing, no condition or combination of conditions would reasonably assure the safety of any other person or the community and the defendant's appearance in court. Accordingly, for the reasons stated at the hearing, the defendant's pretrial release is **REVOKED**, and he is **DETAINED** pending the resolution of this case.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**ORDERED** in Tampa, Florida, on this 10th day of November, 2026.

LINDSAY S. GRIFFIN
United States Magistrate Judge