**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No.: 8:26-mj-3344-LSG
2:26-mj-6499-DUTY

THOMAS WAYNE MARKLE,

Defendant.
_______________________________/

# MEDICAL ATTENTION ORDER

This defendant Thomas Wayne Markle has been remanded to the custody of the United States Marshal. While in custody, the defendant must receive a prompt medical evaluation and must receive all necessary and prescribed medication unless discontinued by a physician.

**ORDERED** in Tampa, Florida, on this 28thth day of September, 2026.

LINDSAY S. GRIFFIN
United States Magistrate Judge

Copies furnished to:
Counsel of Record
United States Pretrial Services
United States Marshals Service